BROOKLYN MASON CONTRACTING CO., Respondent, v. BERGER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by the Brooklyn Mason Contracting Company against Max Berger and another.
PER CURIAM. Motion to resettle order granted, without costs, the order of resettlement to provide, however, that respondent consent that the appellant may withdraw his ap-

peal to the Court of Appeals, if so advised, without costs. Settle order before Mr. Justice BURR. See, also, 143 App. Div. 951, 128 N. Y. Supp. 1115.